**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Giscard L. Arauz   JOINT DEBTOR: Yvette Arauz   CASE NO: 16-_____-___
Last Four Digits of SS# 4959 Last Four Digits of SS# 7007

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 255.00 for months 1 to 60; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3,500.00 TOTAL PAID $ 2,000.00
                 Balance Due   -$ 1,500.00 payable $ 214.29 /month (Months 1 to 7)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. NONE

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]: NONE

Unsecured Creditors: Pay $ 15.21 /month (Months 1 to 7) and $ 229.50 /month (Months 8 to 60)
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

1. The Debtor(s) will assume the lease held by the American Honda Finance for the 2014 Honda Accord.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

Debtor _____
Date: 8/20/16

Joint Debtor _____
Date: 8/20/16

LF-31 (rev. 01/08/10)